UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JACK O. JONES,

                        Plaintiff,

-against-

JO ANNE B. BARNHART,
Commissioner of Social Security,

                        Defendant.
------------------------------------------------------------X

JUDGMENT
06-CV- 0499 (FB)

      An Order of Honorable Frederic Block, United States District Judge, having been filed on June 9, 2006, reversing the Commissioner's decision pursuant to the fourth sentence of 42 U.S.C. § 405(g); and remanding plaintiff's claim for further administrative proceedings; it is

      ORDERED and ADJUDGED that the Commissioner's decision is reversed pursuant to the fourth sentence of 42 U.S.C. § 405(g); and that plaintiff's claim is remanded for further administrative proceedings.

Dated: Brooklyn, New York
       June 09, 2006

                                        ROBERT C. HEINEMANN
                                        Clerk of Court